IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ILIFE TECHNOLOGIES, INC.,

    Plaintiff,

  v.

ALIPHCOM d/b/a JAWBONE,

    Defendant.
                                   /

No. C 14-03345 WHA

**ORDER RE PRO HAC VICE FORM**

The *pro hac vice* applications of Attorney Phillip Morton (Dkt. Nos. 60, 62) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, specifying such bar." Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "Commonwealth of Virginia" or "State of Virginia" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: October 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE