UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIFE TECHNOLOGIES INC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALIPHCOM,<br><br>    Defendant. | Case No.  14-cv-03345-WHO<br><br>**REVISED SCHEDULING ORDER**<br>Re: Dkt. No. 84 |

In light of the Joint Case Management Statement filed on December 2, 2014, the Court sets the Tutorial in this matter for **May 1, 2015** at 9 a.m., and the Claim Construction hearing for **May 8, 2015** at 9 a.m.  The Case Management Conference set for December 9, 2014 is VACATED.

The parties shall meet and confer regarding briefing, discovery and trial dates and shall file either a Stipulated Proposed Litigation Schedule or a Request for Case Management Conference that sets out competing schedules on or before January 12, 2015.  At present, the next Case Management Conference is scheduled for **August 17, 2015** at 2:00 p.m.

The parties shall confer with Fitbit, Inc. concerning the schedule to the extent the interests of efficiency and cost warrant coordination of any of the above dates with Case No. 14-cv-03338-WHO.

**IT IS SO ORDERED**.

Dated: December 5, 2014

_____
WILLIAM H. ORRICK
United States District Judge