| | |
|---|---|
| **COOLEY LLP**<br>Anthony M. Stiegler (CA Bar No. 126414)<br>Brandon Seal (CA Bar No. 292765)<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909<br>Tel:  (858) 550-6000<br>Fax: (858) 550-6420<br>astiegler@cooley.com<br>bseal@cooley.com<br><br>Erik B. Milch (*Pro Hac Vice*)<br>One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, VA 20190-5656<br>Tel:  (703) 456-8000<br>Fax: (703) 456-8100<br>emilch@cooley.com<br><br>Attorneys for Defendant<br>ALIPHCOM dba JAWBONE | **MUNCK WILSON MANDALA, LLP**<br>Michael C. Wilson (*Pro Hac Vice*)<br>mwilson@munckwilson.com<br>S. Wallace Dunwoody (*Pro Hac Vice*)<br>wdunwoody@munckwilson.com<br>12770 Coit Road, Suite 600<br>Dallas, Texas 75251<br>Tel:  (972) 628-3600<br>Fax: (972) 628-3616<br><br>**FREITAS ANGELL & WEINBERG LLP**<br>Robert E. Freitas (CA Bar No. 80948)<br>rfreitas@fawlaw.com<br>Daniel J. Weinberg (CA Bar No. 227159)<br>dweinberg@fawlaw.com<br>Jessica N. Leal (CA Bar No. 267232)<br>jleal@ftklaw.com<br>350 Marine Parkway, Suite 200<br>Redwood Shores, California 94065<br>Tel:  (650) 730-5527<br>Fax: (650) 593-6301<br><br>Attorneys for Plaintiff,<br>ILIFE TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIFE TECHNOLOGIES, INC,<br><br>Plaintiff,<br><br>v.<br><br>ALIPHCOM d/b/a JAWBONE,<br><br>Defendant. | CASE NO. 3:14-cv-03345-WHO<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME** |

Pursuant to Local Rules 6-1 and 6-2, and as supported by the Declaration of S. Wallace Dunwoody filed herewith, Plaintiff iLife Technologies, Inc. ("Plaintiff") and Defendant Aliphcom d/b/a Jawbone ("Defendant") hereby stipulate as follows:

**WHEREAS,** Plaintiff filed a Motion to Dismiss Defendant's Inequitable Conduct Counterclaims and Defenses on January 2, 2015, [Doc. 89];

**WHEREAS,** Defendant filed an Opposition to Plaintiff's Motion to Dismiss on January 16, 2015 [Doc. 92]; and

1  **WHEREAS,** the parties have agreed, subject to the Court's approval, to extend Plaintiff's deadline to file a reply due to Plaintiff's counsel's scheduling conflicts;

**IT IS HEREBY STIPULATED**

Subject to the Court's approval, Plaintiff shall file its reply in support of its Motion to Dismiss on January 30, 2015.

STIPULATED AND AGREED:

Dated:  January 22, 2015

| */s/ Erik B. Milch* | */s/  S. Wallace Dunwoody* |
|---|---|
| **COOLEY LLP** | **MUNCK WILSON MANDALA, LLP** |
| Anthony M. Stiegler | Michael C. Wilson |
| Brandon Seal | mwilson@munckwilson.com |
| 4401 Eastgate Mall | S. Wallace Dunwoody |
| San Diego, CA 92121-1909 | wdunwoody@munckwilson.com |
| Tel:  (858) 550-6000 | 12770 Coit Road, Suite 600 |
| Fax: (858) 550-6420 | Dallas, Texas 75251 |
| astiegler@cooley.com | Tel:  (972) 628-3600 |
| bseal@cooley.com | Fax: (972) 628-3616 |
| | |
| Erik B. Milch | **FREITAS ANGELL & WEINBERG LLP** |
| One Freedom Square | Robert E. Freitas |
| Reston Town Center | rfreitas@fawlaw.com |
| 11951 Freedom Drive | Daniel J. Weinberg |
| Reston, VA 20190-5656 | dweinberg@fawlaw.com |
| Tel:  (703) 456-8000 | Jessica N. Leal |
| Fax: (703) 456-8100 | jleal@ftklaw.com |
| emilch@cooley.com | 350 Marine Parkway, Suite 200 |
| | Redwood Shores, California 94065 |
| Attorneys for Defendant | Tel:  (650) 730-5527 |
| ALIPHCOMd/b/a JAWBONE | Fax: (650) 593-6301 |
| | |
| | Attorneys for Plaintiff, |
| | ILIFE TECHNOLOGIES, INC. |

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this STIPULATED REQUEST FOR ORDER ENLARGING TIME.

DATED: January 22, 2015         */s/  S. Wallace Dunwoody*
                                S. Wallace Dunwoody

**ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated: January 22, 2015

_____
William H. Orrick
United States District Judge

3