UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILIFE TECHNOLOGIES INC,
    Plaintiff,

v.

ALIPHCOM,
    Defendant.

Case No. 14-cv-03345-WHO

**ORDER DENYING MOTION FOR LEAVE TO FILE UNDER SEAL**

Re: Dkt. Nos. 81, 88, 91

    In my February 5, 2015 order, I denied the parties' motions for leave to seal documents ILIFE023770-74 and ILIFE023775-79 because I found that they did not contain information that is properly designated as confidential. *See* Dkt. No. 96. The third document that was the subject of the motions for leave to file under seal, designated by the parties as "ILIFE029695," is not filed with this Court. I ordered iLife to file an unredacted version of ILIFE029695, as well as a declaration identifying the basis for its confidentiality, if it still wished to seal that document.

    Instead, iLife re-filed a document that I have already ruled is not sealable. *See* Dkt. Nos. 97-98. iLife failed to file ILIFE029695, the document that it was directed to file. Accordingly, I clarify that if iLife believes that document *ILIFE029695*, which allegedly contains an "August 1, 2006 email to iLife Solutions, Inc. that Davis Munck paid a Carpmaels & Ransford invoice on July 30, 2006," *see* Amended Answer ¶ 72 (Dkt. No. 81-4), is sealable, it must file an unredacted version with the Court by Thursday, February 12, 2015. Otherwise I will DENY iLife's request for leave to file ILIFE029695 under seal due to iLife's repeated failure to comply with the Local

Rules and the orders of this Court.  *See* Dkt. No. 96.

**IT IS SO ORDERED**.

Dated: February 11, 2015



WILLIAM H. ORRICK
United States District Judge