**DURIE TANGRI LLP**
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
FITBIT, INC.

**MUNCK WILSON MANDALA, LLP**
Michael C. Wilson (*Pro Hac Vice*)
mwilson@munckwilson.com
S. Wallace Dunwoody (*Pro Hac Vice*)
wdunwoody@munckwilson.com
12770 Coit Road, Suite 600
Dallas, Texas 75251
Tel:  (972) 628-3600
Fax: (972) 628-3616

**FREITAS ANGELL & WEINBERG LLP**
Robert E. Freitas (CA Bar No. 80948)
rfreitas@fawlaw.com
Daniel J. Weinberg (CA Bar No. 227159)
dweinberg@fawlaw.com
Jessica N. Leal (CA Bar No. 267232)
jleal@ftklaw.com
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Tel:  (650) 730-5527
Fax: (650) 593-6301

Attorneys for Plaintiff,
ILIFE TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILIFE TECHNOLOGIES, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>FITBIT, INC.,<br><br>                    Defendant. | Case No. 3:14-cv-03338-WHO<br><br>**REVISED STIPULATED PROPOSED CLAIM CONSTRUCTION SCHEDULE**<br><br>Ctrm:  2 - 17th Floor<br>Judge:  Honorable William H. Orrick |

Pursuant to the Revised Scheduling Order [Doc. 85] entered in related case *iLife Technologies, Inc. v. Aliphcom d/b/a Jawbone*, 3:14-cv-03345-WHO, in which the Court encouraged Plaintiff to confer with Fitbit, Inc. regarding scheduling to the extent the interests of efficiency and costs warranted coordination with Case No. 3:14-cv-03345-WHO, Plaintiff iLife Technologies, Inc. and Fitbit, Inc. ("the Parties") respectfully submit this Revised Stipulated Proposed Litigation Schedule, which places both of the related actions on the same claim construction briefing and hearing schedule, as follows:

| Event | Proposed Deadline |
|---|---|
| Pat. L.R. 4-3 (Joint Claim Construction Prehearing Statement) | March 4, 2015 |
| Pat. L.R. 4-5(a) (Plaintiff's opening claim construction brief) | March 15, 2015 |
| Pat. L.R. 4-5(b) (Defendant's responsive claim construction brief) | April 8, 2015 |
| Pat. L.R. 4-5(c) (Plaintiff's reply claim construction brief) | April 22, 2015 |
| Technology Tutorial | May 1, 2015 at 9 a.m. |
| Pat. L.R. 4-6 Claim Construction Hearing | May 8, 2015 at 9 a.m. |

The Parties are conferring regarding the extent to which unifying post-Markman hearing deadlines with those in the related case would promote efficiency and costs, and they expect to submit a stipulation regarding those deadlines in the near future.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 15, 2015

By: */s/ S. Wallace Dunwoody*
Michael C. Wilson (pro hac vice)
mwilson@munckwilson.com
S. Wallace Dunwoody (pro hac vice)
wdunwoody@munckwilson.com
MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
Phone: (972) 628-3600
Fax: (972) 628-3616

|   |   |
|---|---|
|   | Robert E. Freitas<br>FREITAS ANGELL & WEINBERG LLP<br>350 Marine Parkway, Suite 200<br>Redwood Shores, California 94065<br>Phone: (650)-730-5527<br>Fax: (650)-593-6301<br><br>ATTORNEYS FOR PLAINTIFF,<br>ILIFE TECHNOLOGIES, INC. |

Dated: January 15, 2015

By: */s/ Clement S. Roberts*
Clement S. Roberts
croberts@durietangri.com
Sonali D. Maitra
smaitra@durietangri.com
Timothy C. Saulsbury
tsaulsbury@durietangri.com
Michael A. Feldman
mfeldman@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:      415-236-6300

ATTORNEYS FOR DEFENDANT
FITBIT, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Clement S. Roberts, attest that concurrence in the filing of this document has been obtained.

Dated: January 15, 2015

*/s/ Clement S. Roberts*
Clement S. Roberts

## **CASE MANAGEMENT ORDER**

The above REVISED STIPULATED PROPOSED CLAIM CONSTRUCTION SCHEDULE is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: February 3, 2015

UNITED STATES DISTRICT JUDGE
THE HONORABLE WILLIAM H. ORRICK