**COOLEY LLP**
Anthony M. Stiegler (CA Bar No. 126414)
Brandon Seal (CA Bar No. 292765)
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel:  (858) 550-6000
Fax: (858) 550-6420
astiegler@cooley.com
bseal@cooley.com

Erik B. Milch (*Pro Hac Vice*)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Tel:  (703) 456-8000
Fax: (703) 456-8100
emilch@cooley.com

Attorneys for Defendant
ALIPHCOM dba JAWBONE

**MUNCK WILSON MANDALA, LLP**
Michael C. Wilson (*Pro Hac Vice*)
mwilson@munckwilson.com
S. Wallace Dunwoody (*Pro Hac Vice*)
wdunwoody@munckwilson.com
12770 Coit Road, Suite 600
Dallas, Texas 75251
Tel:  (972) 628-3600
Fax: (972) 628-3616

**FREITAS ANGELL & WEINBERG LLP**
Robert E. Freitas (CA Bar No. 80948)
rfreitas@fawlaw.com
Daniel J. Weinberg (CA Bar No. 227159)
dweinberg@fawlaw.com
Jessica N. Leal (CA Bar No. 267232)
jleal@ftklaw.com
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Tel:  (650) 730-5527
Fax: (650) 593-6301

Attorneys for Plaintiff,
ILIFE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIFE TECHNOLOGIES, INC,<br><br>Plaintiff,<br><br>v.<br><br>ALIPHCOM d/b/a JAWBONE,<br><br>Defendant. | CASE NO. 3:14-cv-03345-WHO<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME** |

Pursuant to Local Rules 6-1 and 6-2, and as supported by the Declaration of S. Wallace Dunwoody filed herewith, Plaintiff iLife Technologies, Inc. ("Plaintiff") and Defendant Aliphcom d/b/a Jawbone ("Defendant") hereby stipulate as follows:

**WHEREAS,** the Court approved the parties' Revised Stipulated Proposed Claim Construction Schedule on March 3, 2015 [Doc. 106];

**WHEREAS,** per [Doc. 106], Plaintiff's reply in support of its claim construction brief would be due on April 22, 2015; and

**WHEREAS,** the parties have agreed to extend Plaintiff's deadline to file a reply due to Plaintiff's counsel's scheduling conflicts;

**IT IS HEREBY STIPULATED**

Plaintiff shall file its reply in support of its opening claim construction brief on April 24, 2015.

STIPULATED AND AGREED:

Dated:  April 17, 2015

| | |
|---|---|
| */s/ Erik B. Milch* | */s/  S. Wallace Dunwoody* |
| **COOLEY LLP** | **MUNCK WILSON MANDALA, LLP** |
| Anthony M. Stiegler | Michael C. Wilson |
| Brandon Seal | mwilson@munckwilson.com |
| 4401 Eastgate Mall | S. Wallace Dunwoody |
| San Diego, CA 92121-1909 | wdunwoody@munckwilson.com |
| Tel:  (858) 550-6000 | 12770 Coit Road, Suite 600 |
| Fax: (858) 550-6420 | Dallas, Texas 75251 |
| astiegler@cooley.com | Tel:  (972) 628-3600 |
| bseal@cooley.com | Fax: (972) 628-3616 |
| | |
| Erik B. Milch | **FREITAS ANGELL & WEINBERG LLP** |
| One Freedom Square | Robert E. Freitas |
| Reston Town Center | rfreitas@fawlaw.com |
| 11951 Freedom Drive | Daniel J. Weinberg |
| Reston, VA 20190-5656 | dweinberg@fawlaw.com |
| Tel:  (703) 456-8000 | Jessica N. Leal |
| Fax: (703) 456-8100 | jleal@ftklaw.com |
| emilch@cooley.com | 350 Marine Parkway, Suite 200 |
| | Redwood Shores, California 94065 |
| Attorneys for Defendant | Tel:  (650) 730-5527 |
| ALIPHCOMd/b/a JAWBONE | Fax: (650) 593-6301 |
| | |
| | Attorneys for Plaintiff, |
| | ILIFE TECHNOLOGIES, INC. |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this STIPULATED REQUEST FOR ORDER ENLARGING TIME.

DATED: April 17, 2015           */s/  S. Wallace Dunwoody*
                                                 S. Wallace Dunwoody

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated: April 20, 2015

_____
William H. Orrick
United States District Judge