| | |
|---|---|
| **COOLEY LLP** <br> Anthony M. Stiegler (CA Bar No. 126414) <br> Brandon Seal (CA Bar No. 292765) <br> 4401 Eastgate Mall <br> San Diego, CA 92121-1909 <br> Tel: (858) 550-6000 <br> Fax: (858) 550-6420 <br> astiegler@cooley.com <br> bseal@cooley.com <br><br> Erik B. Milch (*Pro Hac Vice*) <br> One Freedom Square <br> Reston Town Center <br> 11951 Freedom Drive <br> Reston, VA 20190-5656 <br> Tel: (703) 456-8000 <br> Fax: (703) 456-8100 <br> emilch@cooley.com <br><br> Attorneys for Defendant <br> ALIPHCOM dba JAWBONE | **MUNCK WILSON MANDALA, LLP** <br> Michael C. Wilson (*Pro Hac Vice*) <br> mwilson@munckwilson.com <br> S. Wallace Dunwoody (*Pro Hac Vice*) <br> wdunwoody@munckwilson.com <br> 12770 Coit Road, Suite 600 <br> Dallas, Texas 75251 <br> Tel: (972) 628-3600 <br> Fax: (972) 628-3616 <br><br> **FREITAS ANGELL & WEINBERG LLP** <br> Robert E. Freitas (CA Bar No. 80948) <br> rfreitas@fawlaw.com <br> Daniel J. Weinberg (CA Bar No. 227159) <br> dweinberg@fawlaw.com <br> Jessica N. Leal (CA Bar No. 267232) <br> jleal@ftklaw.com <br> 350 Marine Parkway, Suite 200 <br> Redwood Shores, California 94065 <br> Tel: (650) 730-5527 <br> Fax: (650) 593-6301 <br><br> Attorneys for Plaintiff, <br> ILIFE TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIFE TECHNOLOGIES, INC, <br><br> Plaintiff, <br><br> v. <br><br> ALIPHCOM d/b/a JAWBONE, <br><br> Defendant. | CASE NO. 3:14-cv-03345-WHO <br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff iLife Technologies, Inc. and Defendant AliphCom d/b/a Jawbone ("the Parties") request that the Court dismiss all their claims and counterclaims with prejudice with each side to pay its own attorney's fees, costs, and expenses.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____          _____
Date                                                                                  United States District Court Judge

    Dated:  July 13, 2015

| | |
|---|---|
| */s/ Erik B. Milch* | */s/  S. Wallace Dunwoody* |
| **COOLEY LLP** | **MUNCK WILSON MANDALA, LLP** |
| Anthony M. Stiegler | Michael C. Wilson |
| Brandon Seal | mwilson@munckwilson.com |
| 4401 Eastgate Mall | S. Wallace Dunwoody |
| San Diego, CA 92121-1909 | wdunwoody@munckwilson.com |
| Tel:  (858) 550-6000 | 12770 Coit Road, Suite 600 |
| Fax: (858) 550-6420 | Dallas, Texas 75251 |
| astiegler@cooley.com | Tel:  (972) 628-3600 |
| bseal@cooley.com | Fax: (972) 628-3616 |
| | |
| Erik B. Milch | **FREITAS ANGELL & WEINBERG LLP** |
| One Freedom Square | Robert E. Freitas |
| Reston Town Center | rfreitas@fawlaw.com |
| 11951 Freedom Drive | Daniel J. Weinberg |
| Reston, VA 20190-5656 | dweinberg@fawlaw.com |
| Tel:  (703) 456-8000 | Jessica N. Leal |
| Fax: (703) 456-8100 | jleal@ftklaw.com |
| emilch@cooley.com | 350 Marine Parkway, Suite 200 |
| | Redwood Shores, California 94065 |
| Attorneys for Defendant | Tel:  (650) 730-5527 |
| ALIPHCOM d/b/a JAWBONE | Fax: (650) 593-6301 |
| | |
| | Attorneys for Plaintiff, |
| | ILIFE TECHNOLOGIES, INC. |

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE.

DATED: July 13, 2015           */s/  S. Wallace Dunwoody*
                                                  S. Wallace Dunwoody

**ORDER**

Pursuant to the Stipulation, it is so ORDERED.

Dated: July 14, 2015

William H. Orrick
United States District Judge